■ GRAHAM, CAMPAIGN P.C. et al., Appellants, v CYNTHIA FAREED, Respondent. [864 NYS2d 915]—Order, Supreme Court, New York County (Louis B. York, J.), entered April 13, 2007, which, to the extent appealed from, granted defendant's motion to dismiss the first cause of action, unanimously reversed, on the law, without costs, the motion denied and the first cause of action reinstated.

Plaintiffs' allegations are not "inherently incredible" and thus do not warrant dismissal at the pleading stage. Concur—Mazzarelli, J.P., Catterson, McGuire, Acosta and Renwick, JJ. [*See* 2007 NY Slip Op 30695(U).]